Matter of Brennan v Village of Johnson City (2023 NY Slip Op 00707)

Matter of Brennan v Village of Johnson City

2023 NY Slip Op 00707

Decided on February 9, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 9, 2023

534205
[*1]In the Matter of the Claim of Kevin Brennan, Appellant,
v
Village of Johnson City et al., Respondents. Workers' Compensation Board, Respondent.

Calendar Date:January 12, 2023

Before:Garry, P.J., Egan Jr., Lynch, Pritzker and McShan, JJ.

Kevin Brennan, Endicott, appellant pro se.
Gitto & Niefer, LLP, Binghamton (Jason M. Carlton of counsel), for Village of Johnson City and another, respondents.

Pritzker, J.